1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NIKE, INC.,

               Plaintiff and
               Counterclaim-Defendant,

    v.

LA LA LAND PRODUCTION & DESIGN,
INC. and JOHN GEIGER COLLECTION
LLC,

               Defendants and
               Counterclaimants.

Case No. 2:21-cv-00443-MCS-PVC

**CONSENT JUDGMENT AND
PERMANENT INJUNCTION AS
TO DEFENDANT LA LA LAND
PRODUCTION & DESIGN, INC.**

    The Court, being advised that Plaintiff Nike, Inc. ("Nike") and Defendant La La Land Production & Design, Inc. ("La La Land") stipulate and agree to the entry of a final and enforceable judgment regarding Nike's claims against La La Land and La La Land's counterclaims against Nike on the terms set forth herein, enters this Order as a final and enforceable judgment in the matter as to those claims and counterclaims.

    **IT IS HEREBY ORDERED** that La La Land stipulates, agrees, and acknowledges that Nike is the exclusive owner of the following registered trademarks

CONSENT JUDGMENT AND PERMANENT INJUNCTION

and all related common law rights: U.S. Trademark Registration Nos. 977,190; 1,284,385; 1,323,342; 1,323,343; 1,990,180; 3,451,905; 3,711,305; 3,721,064; 3,780,236; and 5,820,374; (collectively, the "Asserted Marks," examples of which are shown below);



Swoosh Design



| Dunk Trade Dress | Dunk Outsole | DUNK Word Mark |



Air Force 1 Trade Dress

**IT IS FURTHER ORDERED** that La La Land stipulates, agrees, and acknowledges that the Asserted Marks are valid and enforceable;

**IT IS FURTHER ORDERED** that judgment is entered against La La Land on all of Nike's counts in the First Amended Complaint (Dkt # 55) because La La Land, although without intent, infringed the Asserted Marks in various production or manufacturing capacities as a result of producing the products identified in Exhibit A

CONSENT JUDGMENT AND PERMANENT INJUNCTION

under contract for its customers using its customers' requested designs (the "Infringing Products").  Exemplar Infringing Products are identified below.

| EXEMPLAR INFRINGING PRODUCTS | |
|---|---|
| **Product Name** | **Product Image** |
| Warren Lotas Freddy Broccolini Chanclas |  |
| Warren Lotas Toxic Green |  |
| Warren Lotas SB Dunk Low Jason |  |

CONSENT JUDGMENT AND PERMANENT INJUNCTION

3

| EXEMPLAR INFRINGING PRODUCTS | |
|---|---|
| **Product Name** | **Product Image** |
| GF-01 Off-White Pebbled Leather |  |
| Mars Yard Air Jordan 1 - Red Suede |  |
| Mars Yard Air Jordan 1 - Red Python |  |
| Chicago North Pole |  |

CONSENT JUDGMENT AND PERMANENT INJUNCTION

4

| EXEMPLAR INFRINGING PRODUCTS | |
|---|---|
| **Product Name** | **Product Image** |
| The Heyyman - Game Day 1 |  |

**IT IS FURTHER ORDERED** that La La Land, and its affiliates, officers, agents, employees, attorneys, and all other persons acting in concert with La La Land, are hereby permanently enjoined from:

(a)   manufacturing, transporting, promoting, importing, advertising, publicizing, distributing, offering for sale, or selling any products (including but not limited to the Infringing Products) under the Asserted Marks or any other marks, names, symbols, or logos which are likely to cause confusion or to cause mistake or to deceive persons into the erroneous belief that any products that La La Land caused to enter the stream of commerce or any of La La Land's commercial activities are sponsored or licensed by Nike, are authorized by Nike, or are connected or affiliated in some way with Nike or the Asserted Marks;

(b)   manufacturing, transporting, promoting, importing, advertising, publicizing, distributing, offering for sale, or selling any products (including but not limited to the Infringing Products) under the Asserted Marks and/or confusingly similar marks;

(c)   implying Nike's approval, endorsement, or sponsorship of, or affiliation or connection with, La La Land's products, services, or commercial activities, passing off La La Land's business as that of Nike, or engaging in any act or series of acts

CONSENT JUDGMENT AND PERMANENT INJUNCTION

5

which, either alone or in combination, constitutes unfair methods of competition with Nike and from otherwise interfering with or injuring the Asserted Marks or the goodwill associated therewith;

(d)   engaging in any act which is likely to dilute the distinctive quality of the Asserted Marks and/or injures Nike's business reputation;

(e)   representing or implying that La La Land is in any way sponsored by, affiliated with, or licensed by Nike; and/or

(f)   knowingly assisting, inducing, aiding, or abetting any other person or business entity in engaging in or performing any of the activities prohibited in (a) through (e) above;

**IT IS FURTHER ORDERED** that all of La La Land's counterclaims against Nike in the Amended Counterclaim (Dkt. # 58) are dismissed with prejudice;

**IT IS FURTHER ORDERED** that this Order terminates all claims asserted by Nike against La La Land in this action, and it terminates all counterclaims asserted by La La Land against Nike in this action; and

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over the parties to the extent necessary to enforce the terms of this Order and the injunctive relief provided herein.

**IT IS SO ORDERED.**

Dated:        April 20, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

CONSENT JUDGMENT AND PERMANENT INJUNCTION

6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

CONSENT JUDGMENT AND PERMANENT INJUNCTION

## Exhibit A - Infringing Products

| Description |
| --- |
| Warren Lotas x. Staple Pigeon OG  |
| Warren Lotas Freddy Broccolini Chanclas  |
| Warren Lotas Toxic Green  |
| Warren Lotas Jason SB Dunk Low  |
| GF-01 Off-White Pebbled Leather  |

672005.1

| Description |
| --- |
| GF-01 Blue Tweed |
| GF-01 Teal/Peach Chenille |
| GF-01 White Black Chenille |
| GF-01 Black/Black/White Sole Yellow Ring |
| GF-01 Outsole - Volt |
| GF-01 Outsole - White |
| GF-01 Hand Distressed Suede |



2

| Description |
| --- |
| GF-01 YOTR |
| GF-01 Distressed |
| GF-01 Linen |
| GF-01 White Black Chenille |
| GF-01 White Chenille |
| GF-01 Steelers |
| GF-01 Red Tweed 1 |
| GF-01 Red Toreador |
| GF-01 Red Tweed 2 |
| GF-01 High Top Cream/Olive |
| GF-01 White |
| GF-01 Blue |
| GF-01 Green |
| GF-01 Orange |
| GF-01 Hot Pink |
| GF-01 Matte Pink |
| GF-01 Purple |
| GF-01 High Top White/Red 021C |
| GF-01 High Top Black |
| GF-01 High Top Black Yellow |
| GF-01 High Top Blue |
| GF-01 High Top Green |
| GF-01 High Top Grey |

3

| Description |
| --- |
| GF-01 High Top Orange |
| GF-01 High Top Red/White |
| GF-01 High Top Vintage Grey |
| GF-01 High Top White/Red Outsole |
| GF-01 High Top White/Red 485C |
| GF-01 Triple Volt  |
| GF-01 All-White Pebbled Leather  |
| GF-01 All-White White Chenille  |
| GF-01 Linen Tan/Pink  |

4

| Description |
| --- |
| **GF-01 Peach Teal Chenille** |
|  |
| GF-01 Easter (Converted to Off-White Pebbled Leather order) |
| **GF-01 White Tweed** |
|  |
| **GF-01 Peach/Neon Green Leather** |
|  |
| **Air Force 1 - Beast White Toe** |
|  |

5

| Description |
|:---:|
|  |

672005 1

| Description |
| --- |
| **Air Jordan 1 Mars Yard - Black/Sport Red/ Blue Ice Lux**  |
| **Chicago North Pole** |
| **Air Skool/ Vans x AJ1** |

7

| Description |
|:---:|
| Triple White North Pole |
|  |
| What the Scrap Exotic |

8

| Description |
| --- |
| Union UNC/Bred |
|  |
| The Heyyman - Game Day 1 |

9