JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>LA LA LAND PRODUCTION & DESIGN, INC. and JOHN GEIGER COLLECTION LLC,<br><br>    Defendants.<br><br>LA LA LAND PRODUCTION & DESIGN, INC., and JOHN GEIGER COLLECTION LLC,<br><br>    Counterclaimants,<br><br>    v.<br><br>NIKE, INC.<br><br>    Counterclaim-Defendant. | Case No. 2:21-cv-00443-MCS-PVC<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO JOHN GEIGER COLLECTION LLC** |

- 1 -

CONSENT JUDGMENT AND PERMANENT INJUNCTION

1  The Court, being advised that Plaintiff and Counterclaim-Defendant Nike, Inc.
2  ("Nike") and Defendant and Counterclaimant John Geiger Collection LLC ("JGC")
3  stipulate and agree to the entry of a final and enforceable judgment regarding Nike's
4  claims against JGC and JGC's counterclaims against Nike on the terms set forth
5  herein, enters this Order as a final and enforceable judgment in the matter as to those
6  claims and counterclaims.

7  **IT IS HEREBY ORDERED** that JGC stipulates, agrees, and acknowledges
8  that Nike is the exclusive owner of the following registered trademarks and all related
9  common law rights: U.S. Trademark Registration Nos. 3,451,905; 3,451,907; and
10 5,820,374 (collectively, the "Asserted Marks," examples of which are shown below):



15 **IT IS FURTHER ORDERED** that JGC stipulates, agrees, and acknowledges
16 that the Asserted Marks are valid and enforceable;

17 **IT IS FURTHER ORDERED** that judgment is entered against JGC on all of
18 Nike's counts in the First Supplemental First Amended Complaint (Dkt # 115)
19 because JGC, although without intent, infringed the Asserted Marks by having
20 manufactured, using, transporting, promoting, importing, advertising, publicizing,
21 distributing, offering for sale, and/or selling the products listed in the table below
22 (collectively, the "Infringing Products," examples of which are shown below):

| Model Name | Model SKU | Example Image |
|---|---|---|
| GF-01 Off White Iridescent | WHT | |

| | | |
|---|---|---|
| GF-01 Teal Peach Chenille | TEAL | |
| GF-01 Blue Tweed | BLU/TWD | |
| GF-01 Black Black Chenille | Blk/Yel | |
| GF-01 White Black Chenille | Wht/Blk | |
| GF-01 Distressed | DSTRS | |
| GF-01 White Pebble Leather | Wht/PnkEM; Wht/GrnEM | |
| GF-01 Triple Volt | Volt | |
| GF-01 Linen Pink | Brn/Pnk | |
| GF-01 Peach Teal Chenille | Pch/Teal | |

| | | |
|---|---|---|
| GF-01 White Tweed | Wht/Tweed | |
| GF-01 White White Chenille | Wht/Wht | |
| GF-01 Peach/Neon Green Leather | N/A | |
| GF-01 White and Grey (Redesigned) | N/A | |
| GF-01 Black Tweed (Redesigned) | N/A | |
| GF-01 Black Bandana (Redesigned) | N/A | |
| GF-01 White Marble (Redesigned) | N/A | |
| GF-01 Neon Tweed (Redesigned) | N/A | |
| GF-01 Metallic Tweed (Redesigned) | N/A | |

| | | |
|---|---|---|
| GF-01 Natural Python (Redesigned) | N/A | |
| GF-01 Multi Python (Redesigned) | N/A | |
| GF-01 Black & Yellow (Redesigned) | N/A | |
| GF-01 x PATRON Tequila (Redesigned) | N/A | |
| GF-01 Teal Orange | N/A | |
| GF-01 Black and White Mule | N/A | |
| GF-01 Black Pony Hair Mule | N/A | |

| | | |
|---|---|---|
| GF-01 Brown Pony Hair Mule | N/A | |
| GF-01 White Iridescent High | N/A | |
| GF-01 Black Black Reflective High | N/A | |
| GF-01 Distressed High | N/A | |
| GF-01 White Black Chenille High | N/A | |
| GF-01 Black Tweed High | N/A | |

**IT IS FURTHER ORDERED** that, subject to the Limited Sell-Off Period provided in this Order below, JGC, and its affiliates, officers, agents, employees, attorneys, and all other persons acting in concert with JGC, are hereby permanently enjoined from:

(a) manufacturing, transporting, promoting, importing, advertising, publicizing, distributing, offering for sale, or selling any products (including but not limited to the Infringing Products) under the Asserted Marks or any other marks,

names, symbols, or logos which are likely to cause confusion or to cause mistake or to deceive persons into the erroneous belief that any products that JGC caused to enter the stream of commerce or any of JGC's commercial activities are sponsored or licensed by Nike, are authorized by Nike, or are connected or affiliated in some way with Nike or the Asserted Marks;

(b) manufacturing, transporting, promoting, importing, advertising, publicizing, distributing, offering for sale, or selling any products (including but not limited to the Infringing Products) under the Asserted Marks and/or confusingly similar marks;

(c) implying Nike's approval, endorsement, or sponsorship of, or affiliation or connection with, JGC's products, services, or commercial activities, passing off JGC's business as that of Nike, or engaging in any act or series of acts which, either alone or in combination, constitutes unfair methods of competition with Nike and from otherwise interfering with or injuring the Asserted Marks or the goodwill associated therewith;

(d) engaging in any act which is likely to dilute the distinctive quality of the Asserted Marks and/or injures Nike's business reputation;

(e) representing or implying that JGC is in any way sponsored by, affiliated with, or licensed by Nike; and/or

(f) knowingly assisting, inducing, aiding, or abetting any other person or business entity in engaging in or performing any of the activities prohibited in (a) through (e) above;

**IT IS FURTHER ORDERED** that, by agreement of the parties, JGC may sell-off its existing inventory of Infringing Products up to and through May 31, 2023 (the "Limited Sell-Off Period"), and thereafter JGC shall destroy within 14 days any remaining inventory of Infringing Products;

**IT IS FURTHER ORDERED** that all of JGC's counterclaims against Nike, including at least the Counterclaims (Dkt. # 94), are dismissed with prejudice;

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over the parties to the extent necessary to enforce the terms of this Order and the injunctive relief provided herein; and

**IT IS FURTHER ORDERED** that this Order terminates all claims asserted by Nike against JGC in this action, it terminates all counterclaims asserted by JGC against Nike in this action, it terminates all proceedings in this action, and all future dates are stricken.

**IT IS SO ORDERED.**

Dated: August 31, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

CONSENT JUDGMENT AND PERMANENT INJUNCTION